O

FILED
CLERK, U.S. DISTRICT COURT
June 26, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: KH DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK R. FINNEGAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>A. PATRICK MUNOZ, et al.,<br><br>　　　　Defendants. | Case No.  SACV 15-0420-DSF (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) defendants' Motions to Dismiss are granted; (2) the Complaint is dismissed without leave to amend; and (3) Judgment be entered dismissing this action with prejudice.

DATED:   6/25/15

　　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE