JS-6
Entered

FILED
CLERK, U.S. DISTRICT COURT

June 26, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: KH DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK R. FINNEGAN,<br><br>           Plaintiff,<br><br>  vs.<br><br>A. PATRICK MUNOZ, et al.,<br><br>           Defendants. | Case No. SACV 15-0420-DSF (RNB)<br><br>**J U D G M E N T** |

      Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

      IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED:    6/25/15

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE